**Elbert WILSON, Appellant,**

v.

**Dora SCHRIRO, et al, Respondent.**

**No. WD 54276.**

Missouri Court of Appeals,
Western District.

Oct. 7, 1997.

Elbert Wilson, Jefferson City, pro se.

Jeremiah W. (Jay) Nixon, Atty. Gen., Milton M. Frazier, Asst. Atty. Gen., Jefferson City, for Respondent.

Before SMART, P.J., and LOWENSTEIN and LAURA DENVIR STITH, JJ.

### ORDER

PER CURIAM.

While in the custody of a work release program, Wilson escaped and remained at large for one month. While at large, his inmate accounts were confiscated because of his abandonment. Wilson filed a replevin action against respondents requesting the return of his money some twenty months after his escape. Defendants moved for summary judgment against Wilson and summary judgment was granted in their favor.

Judgment affirmed. Rule 84.16(b).